BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BEHROOZ HERAVI, dba BLVD ORTHOPEDIC, INC.,<br><br>    Defendants and Judgment Debtors,<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,<br><br>    Garnishee. | Case No.: 2:14MC00033-MCE-CKD<br><br>**UNOPPOSED APPLICATION FOR FINAL ORDER OF GARNISHMENT (INTEREST IN WITHHELD ACCOUNTS); AND ORDER THEREON**<br><br>Criminal Case No.: 2:99CR00067-001-FCD<br><br>[NO HEARING REQUESTED] |

Plaintiff United States respectfully moves, pursuant to Section 3205 (c)(7) of the Federal Debt Collections Procedure Act, 28 U.S.C. § 3001, *et seq.*, for a Final Order of Garnishment against the Medi-Cal claim funds withheld from the defendants and judgment debtors, Behrooz Heravi dba BLVD Orthopedic, Inc., (collectively the Debtors). The United States seeks the order based on the following grounds:

1.   On May 1, 2000, the Clerk entered Judgment against the Debtors in criminal case number 2:99CR00067-001-GEB. The Judgment includes an order of restitution in the amount of $398,176.00.

Criminal Case Docket Entry ("DE") No. 108.

2. To collect on the restitution order, the United States filed an Application for Writ of Garnishment on March 11, 2014, against the judgment debtors' Medi-Cal claim funds withheld by garnishee, California Department of Health Care Services. Miscellaneous Case DE No. 3.

3. The Clerk issued a Writ of Garnishment to garnishee, on March 13, 2014. The United States thereafter served the California Department of Health Care Services with the Writ and its attachments. DE Nos. 4 and 5.

4. On March 19, 2014, the United States served the debtors, Hervai dba BLVD Orthopedic, Inc., with a copy of the Writ of Garnishment and notified them of their right to a hearing to object to the Answer and/or claim exemptions.

5. On May 21, 2014, the California Department of Health Care Services filed its Acknowledgment of Service and Answer of Garnishee. The Answer states that Mr. Heravi, dba BLVD Orthopedic, Inc., has Medi-Cal withheld claim funds in the amount of $19,461.74. DE No. 8.

6. The debtors had twenty (20) days from the date the garnishee served its Answer to request a hearing (28 U.S.C. § 3205 (c)(5)), but they did not do so, and no request for hearing was filed on a claim of exemption, as set forth in 28 U.S.C. § 3014 (b)(2).

7. All conditions to the issuance of a Final Order of Garnishment against the withheld Medi-Cal claim funds are satisfied and accordingly, the Court can and should grant the requested relief.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:   June 18, 2014          By:     /s/ Kurt A. Didier
                                        KURT A. DIDIER
                                        Assistant United States Attorney

# **ORDER**

The Court, having reviewed the court files and the Unopposed Application for Final Order of Garnishment (the Application) and finding good cause therefor, hereby GRANTS the Application. Further, to effectuate payment of the garnished account identified in paragraph 5 of the Application, the California Department of Health Care Services account custodian shall:

1. Deliver, within 30 days of the date of this Order, a cashier's check, money order or company draft in the amount of the account balance payable to the *Clerk of the Court* at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, CA 95814;

2. State the criminal case docket number (Case No. 2:99CR00067-001-FCD) on the payment instrument; and

3. Include a self-addressed, stamped envelope with the payment if requesting a payment receipt.

IT IS SO ORDERED.

Dated: June 20, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE